No. 2553.—El Pueblo, apdo., *v.* Carrión, aplte. — C. D.

Humacao. Acometimiento. Julio 30, 1925. Señalándose como único motivo del recurso la errónea apreciación de la prueba y habiendo el tribunal estudiado la evidencia y llegado a la conclusión de que es suficiente para demostrar la comisión del delito de acometimiento y agresión grave por parte del acusado, se resolvió confirmar la sentencia apelada.